UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ISRAEL SALINAS, JR., Institutional ID No. 2181382, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN COLLIER, *et al.*, <br><br> Defendants. | No. 1:20-CV-00181-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this prisoner civil-rights action. Plaintiff filed objections, and the Court conducted a de novo review of the relevant portions of the record and the Magistrate Judge's report. The Court concludes the Magistrate Judge's findings and conclusions are correct. Thus, Plaintiff's objections are overruled, and the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

The Court therefore orders that Plaintiff's second amended complaint and all claims alleged within it are dismissed with prejudice for failure to state a claim and as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

This dismissal will count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). All relief not expressly granted and any pending motions are denied.[1]

---

[1] In support of his objections, Plaintiff filed 47 pages of unauthorized supplemental documents, which consist of excerpts from his personal journal and a portion of a letter from the Texas Veterans Commission. *See* Dkt. No. 55-1. Because Plaintiff did not seek permission from the Court to file

The court will enter judgment accordingly.

So ordered.

Dated June 20, 2024.

                                              JAMES WESLEY HENDRIX
                                              United States District Judge

---

these documents, the Court will not consider them. *See* N.D. Tex. Civ. R. 56.7. To the extent that Plaintiff seeks to amend his complaint with these documents, his request is denied. As noted by the Magistrate Judge, Plaintiff has amended his complaint twice, and the Court agrees that any further amendment would be futile. *See* Dkt. No. 49 at 45–46.